**United States District Court-
for the
Western District of Washington**

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 26 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | 99-5125M |
| ) | |
| TAVITA U. TELA ) | ORDER APPOINTING |
| ) | FEDERAL PUBLIC |
| Defendant ) | DEFENDER |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 26th day of July, 1999

_____
United States Magistrate Judge

**ORDER APPOINTING F.P.D.**