United States District Court
for the Western District of Washington

INITIAL PROCEEDINGS IN DISTRICT

MAGISTRATE JUDGE ~~John L. Weinberg~~ PHILIP K. SWEIGERT
~~Ricardo S. Martinez~~
~~David E. Wilson~~

✓ complaint
___ information/indictment
___ initial revocation
___ Rule 40 ___ Dist ___
( _____ )

Deputy Clerk: LOWELL WILLIAMS

Case No. 99-5125M
USA vs. TANITA U. TELA
(USP) ~~USPO~~ MIKE McFARLAND (FOR TRACEY WHITE)
Tape A-683

AUSA SUSAN ROE
Def Cnsl JOANN OLIVER (FOR PETER AVENIA)
Deft. present: in custody ___
voluntarily ✓

Interpreter: _____ Language _____

___ Date of Arrest _____
___ Defendant advised of rights ___ Financial Affidavit reviewed ✓ Court appoints counsel

___ Agent _____ sworn and signs complaint ___ Court signs complaint

___ Defendant advised of charges ___ Defendant challenges probable cause ___ Overruled ___ Dismissed

___ Defendant advised of allegations in violation petition ___ Defendant admits violations
___ Violations numbered ___ Established

✓ Government moves for detention ( ) this hearing ( ) 3 days
___ Detention hearing scheduled _____ at ___ before _____
___ Proceeds. Pretrial Report filed Under Seal
___ Government proffer ___ Defendant proffer ✓ Counsel argue ___ Deft stipulates
___ **Defendant Ordered Detained** ✓ Conditions set (see below)

✓ Preliminary hearing scheduled 8/12/99 at 11:00 before JUDGE ARNOLD

___ Rule 40 hearing scheduled _____ at ___ before _____

___ Defendant waives Rule 40 Hearing ___ Court signs Order of Transfer ___ Court advised Rule 20
discussions being pursued; Court w/holds signing Order of Transfer; sets Status Hearing _____

___ Revocation Hearing scheduled _____ at ___
___ Preliminary ___ Evidentiary ___ Disposition before Judge _____

✓ Conditions of Release PR BOND W/PTS SUPERVISION, MENTAL HEALTH CONDITION, NO CONTACT W/MINORS, CONTRIBUTE TOWARDS COSTS.
___ Defendant Remanded ___ Temporary Order of Detention
OTHER: _____

MINUTES of INITIAL HEARING IN DISTRICT    DATE: 7/26/99

5